NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GUIDEWELL MUTUAL HOLDING CORPORATION, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., FLORIDA HEALTH CARE PLAN, INC., HEALTH OPTIONS, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

_____

2021-1688
_____

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01791-LKG, Judge Lydia Kay Griggsby.

_____

**O R D E R**

Upon consideration of the joint motion to voluntarily dismiss the above-captioned appeal,

2            GUIDEWELL MUTUAL HOLDING CORP. v. US

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

April 12, 2021          /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** April 12, 2021